CHARLES J. DEVEREAUX and ISAAC H. MESERVE, Respondents, *v.* TIMOTHY A. CLIFFORD, Appellant.

*Supplementary proceedings — extent of the punishment where a contempt has not caused a loss.*

Where a party fails to appear, as required by an order in proceedings supplementary to execution, he should not be fined the amount of the judgment, where there is no proof that his disobedience occasioned any actual loss or injury to the party who instituted the proceeding, beyond the costs and expenses of the proceeding taken to punish him.

APPEAL by the defendant, Timothy A. Clifford, from an order of the Supreme Court, made at the Saratoga Special Term and entered in the office of the clerk of the county of Saratoga on the 28th day of August, 1896, convicting the defendant of contempt of court and fining him the sum of $371.15, being the amount of the judgment recovered against him in the action, because he did not appear for examination, under an order in proceedings supplementary to execution.

*James F. Swanick,* for the appellant.

*Nash Rockwood,* for the respondents.

LANDON, J.:

The conviction for contempt was proper, but, in the absence of evidence that the defendant's disobedience occasioned any actual loss or injury to the plaintiff, beyond the costs and expenses of this proceeding to punish him, the fine to the amount of the judgment was not authorized. (Code Civ. Proc. § 2284; *Fall Brook Coal Co.* v. *Hecksher,* 42 Hun, 534.)

The order should be affirmed as to the conviction, reversed as to the fine, and the proceeding remitted to the Special Term, as in the case cited, for further order in respect to the fine, with ten dollars costs and disbursements to appellant.

All concurred.

Order affirmed as to conviction, reversed as to the fine, and the proceedings remitted to the Special Term for further action, with ten dollars costs and disbursements of this appeal to the appellant.